# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THOMAS B. DENNIS,

    Plaintiff(s),

v.

PERRY RUSSELL, et al.,

    Defendant(s).

2:21-cv-01644-GMN-VCF

**ORDER**

Before the court is *Thomas B. Dennis v. Perry Russell, et al.*, case number 2:21-cv-01644-GMN-VCF. On March 23, 2022, the court set an Inmate Mediation Conference for June 3, 2022. (ECF No. 11). Plaintiff was ordered to deliver to the mediator a mediation statement by May 20, 2022. No mediation statement has been received. Mail was returned as undeliverable at the address plaintiff provided. (ECF No. 13).

On April 13, 2022, Plaintiff was ordered to update his address with the court by May 13, 2022. (ECF No. 15). To date, Plaintiff has not updated his address. Mail again was returned as undeliverable at the address plaintiff provided. (ECF No. 16). Plaintiff has not contacted the court to update his contact information.

Accordingly,

IT IS HEREBY ORDERED that the Inmate Mediation Conference scheduled for June 3, 2022, is VACATED.

DATED this 31st day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE